NOT FOR PUBLICATION

FILED

MAR 18 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID PUTZER, | No. 09-17335 |
| Plaintiff - Appellant, | D.C. No. 3:07-cv-00620-LRH-VPC |
| v. | |
| JAMES DONNELLY; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted March 16, 2010 [**]
San Francisco, California

Before: SCHROEDER, PREGERSON and RAWLINSON, Circuit Judges.

David Putzer, a Nevada state inmate, appeals pro se the district court's

denial of his request for preliminary injunctive relief against appellee prison

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

officials. Putzer seeks permission to attend a religious candle-lighting ceremony held at the prison. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the underlying complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc.*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review) We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED.**